UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REYNARD FRICK (#475403)

VERSUS                      CIVIL ACTION NO.: 07-779-JVP-DLD

STATE OF LOUISIANA, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 22, 2008 (doc. 27), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendant's motion to dismiss (doc. 19) is hereby **GRANTED** and the claims against the State of Louisiana, Richard Stalder, and Cornel Hubert shall be dismissed and this matter is referred to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, May 12, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA