UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REYNARD FRICK  (#475403)

VERSUS                                                                   CIVIL ACTION

STATE OF LOUISIANA, ET AL                                NUMBER 07-779-JVP-DLD

<u>ORDER</u>

Before the court is the Motion to Stay Discovery filed on behalf of defendants State of Louisiana, Richard Stalder and Warden Cornel Hubert.  Record document number 26.  The motion is not opposed.

IT IS ORDERED that the Motion to Stay Discovery is denied as moot.  The claims against defendants State of Louisiana, Richard Stalder and Warden Cornel Hubert were dismissed.[1]

Signed in Baton Rouge, Louisiana, on May 13, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 28.